1  Patrick McMahon
   Carlson, McMahon & Sealby, PLLC
2  37 South Wenatchee Avenue, Suite F
   P.O. Box 2965
3  Wenatchee, WA  98807-2965
   509-662-6131
4  509-663-0679 Facsimile

5

6                                                          THE HONORABLE LONNY R. SUKO

7

8

9                   UNITED STATES DISTRICT COURT

10                  EASTERN DISTRICT OF WASHINGTON

11

12 | JON AND JANELLE BAUER, husband
   | and wife,                              | **NO.  CV-10-218 LRS**
13 |                                        |
14 |         Plaintiffs,                    | **STIPULATED ORDER OF**
   |                                        | **DISMISSAL WITH PREJUDICE**
15 |     vs.                                | **WITHOUT COSTS TO EITHER**
   |                                        | **PARTY**
16 | KEN BRITT,                             |
17 |                                        |
18 |         Defendant.                     |

19

20     THE ABOVE MATTER coming on regularly for hearing this date in open

21

22 court upon the stipulation of the parties for the entry of an Order of Dismissal

23
   with Prejudice as to all parties and claims, and without cost or attorney fees to
24

25 either party, NOW, THEREFORE,

26
       IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above
27

28 action be and the same is hereby dismissed with prejudice and without cost or

29 attorney fees to either party.

30

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE WITHOUT COSTS TO EITHER PARTY**
Page 1

**Carlson, McMahon & Sealby, PLLC**
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131    Fax (509) 663-0679

DONE IN COURT this 10th day of August, 2011.

*s/Lonny R. Suko*

By _____
THE HONORABLE LONNY R. SUKO

Presented by:

CARLSON, McMAHON & SEALBY PLLC

By   /s/ Patrick McMahon
    PATRICK McMAHON, WSBA #18809
    Attorney for Defendant Ken Britt

Approved as to Form and Content;
Notice of Presentation Waived:

THE STEINBERG LAW FIRM

By   /s/ Charles R. Steinberg
    CHARLES R. STEINBERG, WSBA #23980
    Attorney for Plaintiffs Jon and Janelle Bauer

AWC05-02159\PLE\STIP ORDER DISMISS . 080911

**STIPULATED ORDER OF DISMISSAL WITH
PREJUDICE WITHOUT COSTS TO EITHER PARTY**
Page 2

**Carlson, McMahon & Sealby, PLLC**
37 South Wenatchee Ave. 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA  98807-2965
(509) 662-6131   Fax (509) 663-0679